UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 20-198-AB (KK)** | Date: | February 10, 2020 |

Title: *Ellsworth L. Harrell v. Damion Pelonis, et al.*

---

Present: The Honorable  KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order to Show Cause Re: Denial of Request to Proceed Without Prepayment of Filing Fees

Plaintiff Ellsworth Luke Harrell ("Plaintiff") has filed a civil rights Complaint under 42 U.S.C. § 1983. ECF Docket No. ("Dkt.") 1. Plaintiff has also filed a Request to Proceed Without Prepayment of Filing Fees ("Request"), which is the form plaintiffs in custody are required to use to request in forma pauperis status. Dkt. 3.

**If Plaintiff was in custody** at the time he filed the Complaint on January 29, 2020, his Request is subject to denial for failure to provide a certified copy of his prison trust fund statement for the last six (6) months. Accordingly, if Plaintiff wishes to proceed with this lawsuit, **within thirty (30) days** of the date of this Order he must re-submit the Request to Proceed Without Prepayment of Filing Fees (CV-60P) with a certified copy of his prison trust fund statement for the last six (6) months.

**Alternatively, if Plaintiff was not in custody** at the time he filed the Complaint, he must instead submit a Request to Proceed In Forma Pauperis on the form for non-prisoners (CV-60) **within thirty (30) days** of the date of this Order.

The Clerk is directed to mail Plaintiff blank copies of the district's Request to Proceed Without Prepayment of Filing Fee (CV-60P) and Request to Proceed In Forma Pauperis (CV-60). **Plaintiff is expressly warned that his failure to timely comply with this Order may result in denial of his Request and/or dismissal of this action without prejudice.**

**IT IS SO ORDERED.**