UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLSWORTH L. HARRELL,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DAMION PELONIS, ET AL.,<br><br>　　　　　　　　Defendant(s). | Case No. EDCV 20-198-AB (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: July 28, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE, JR.
　　　　　　　　　　　　　　　　United States District Judge