JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLSWORTH L. HARRELL,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DAMION PELONIS, ET AL.,<br><br>　　　　　　　Defendant(s). | Case No. EDCV 20-198-AB (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: July 28, 2020July 28, 2020

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge